PD-0885&0886-15

PD-0885&0886-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/13/2015 12:57:35 PM
Accepted 8/17/2015 1:46:30 PM
ABEL ACOSTA
CLERK



# NICHOLAS "NICO" LAHOOD
## Criminal District Attorney
### Bexar County, Texas

August 13, 2015

Honorable Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Matthew Douglas Hayes v. The State of Texas
Cause No's 04-14-00878-CR, 04-14-00879-CR

Dear Mr. Acosta:

The State has received a copy of the Petition for Discretionary Review filed by the Appellant in this matter. The State waives its right to respond to the Petition for Discretionary Review. However, if the Court grants the Petition, the State will file a brief on the merits.

If you have any questions, please feel free to call.

FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

Sincerely yours,

/s/ Amanda C. Byrd
AMANDA C. BYRD
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2157
S.B.N. 24081811

ABEL ACOSTA, CLERK

cc: *Mandy Miller*
*Attorney at Law*
*2910 Commercial Ctr. Blvd*
*Katy, Texas 77494*

Attorney for the State